336 A.2d 275

**COMMONWEALTH of Pennsylvania**

v.

**Ronald Homer WOODS, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 4, 1974.

Decided March 12, 1975.

Thomas P. Ruane, Jr., John F. Hagner, Jr., Uniontown, for appellant.

Larry D. McDaniel, First Asst. Dist. Atty., Conrad B. Capuzzi, Dist. Atty., William M. Radcliffe, Uniontown, Asst. Dist. Atty., for Commonwealth.

ORDER OF COURT

PER CURIAM.

Appeal dismissed as from an interlocutory order.